

Re: Case#12-34475 Ramirez    from david.allebach@pnc.com to you    Jan 9

Yes that's fine... I will forward to be processed.

Thanks again.

**PNC**

*Dave Allebach*
**PNC Bank**
**Bankruptcy Specialist**
6750 Miller Rd.(BR-yb58-01-3)
Brecksville, OH 44141
1-866-622-2657 ext 68119
Fax 1- 866-702-8790

| | |
|---|---|
| From: | Michelle Labayen <aim_property@yahoo.com> |
| To: | "david.allebach@pnc.com" <david.allebach@pnc.com> |
| Date: | 01/09/2013 12:13 PM |
| Subject: | Re: Case#12-34475 Ramirez |

Should I have her send the check to your address

Sent from my iPhone

On Jan 9, 2013, at 7:04 AM, david.allebach@pnc.com wrote:

Thank you

<mime-attachment.gif>
*Dave Allebach*
**PNC Bank**
**Bankruptcy Specialist**
6750 Miller Rd.(BR-yb58-01-3)
Brecksville, OH 44141
1-866-622-2657 ext 68119
Fax 1- 866-702-8790

| | |
|---|---|
| From: | Michelle Labayen <michelle@bankruptcynyc.com> |
| To: | "david.allebach@pnc.com" <david.allebach@pnc.com> |
| Date: | 01/08/2013 05:19 PM |
| Subject: | Re: Case#12-34475 Ramirez |

The order was granted today, that allows the debtor to redeem the vehicle. The payment will be made in full before the end of the month. I will forward order once it is signed.

Michelle Labayen
Law Offices of Michelle Labayen PC
Attorneys at Law