UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

In Re:

Crystal Ramirez

Case No.: 12-34475

Adv. No.:

Hearing Date: 1-8-2013

Judge: Kathryn C. Ferguson

*Order Filed on 01/10/2013 by Clerk U.S. Bankruptcy Court District of New Jersey*

## ORDER TO REDEEM PROPERTY OF ESTATE

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

**DATED: 01/10/2013**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NEW JERSEY**
**TRENTON VICINAGE**

IN RE:

    **CRYSTAL RAMIREZ**

    **Debtor.**

Case No.: 12-34475
Hon. Kathryn C. Ferguson
Bankruptcy Judge
**Proposed Order**

Upon the application of Michelle Labayen representing the Debtor Crystal Ramirez seeking to redeem her personal property (2003 Mitsubishi) and for the creditors to accept from the Debtor the lump sum payment of the redemption value of the car in the amount of $1,494.00; and due notice of the aforesaid application having been given to all necessary parties and

WHEREAS;  the debtor filed a voluntary chapter 7 case and;

WHEREAS; the valuation of the car is found to be $1,494.00

WHEREAS;  PNC Bank N.A  and their counsel and the Trustee received  proper notice, and notice was provided to all of the debtors creditors, and after due deliberation;

IT IS HEREBY;

**ORDERED** that the Debtor can redeem her 2003 Mitsubishi Lancer for $1,494.00  and PNC Bank N.A  will release the lien of records to the debtor upon payment in full.

Dated: December 6, 2012
Newark, NJ

                                                  Hon. Kathryn C. Ferguson
                                                  United States Bankruptcy Judge

*Approved by Judge Kathryn C. Ferguson January 10, 2013*