4. Find PNC Bank liable for any attorney's fees and costs associated with bringing this adversary preceding pursuant to 11 U.S.C 105(b); and any other relief that the court finds appropriate.

October 8, 2013
Newark, NJ

Michelle Labayen 2960
Attorney for the Debtor/Plaintiff
One Gateway Center 26th Fl.
Newark, NJ 07102
973-622-8180