| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br> WEIR & PARTNERS LLP <br> A Pennsylvania Limited Liability Partnership <br> 457 Haddonfield Avenue, Suite 420 <br> Cherry Hill, New Jersey 08002 <br> Tel: (856) 740-1490 <br> Fax: (856) 740-1491 <br> Jennifer Hiller Nimeroff, Esquire (JN-2925) <br> *Counsel for Defendant, PNC Bank, N.A.* | |
| In Re: <br><br> CRYSTAL RAMIREZ, <br><br> Debtor. | Chapter 7 <br><br> Case No.: 12-34475 <br><br> Judge: Hon. Kathryn C. Ferguson |
| CRYSTAL RAMIREZ, <br><br> Plaintiff, <br> v. <br> PNC BANK, N.A., <br><br> Defendant. | Adversary Pro. No.: 13-01992-KCF |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF DOCUMENTS**

TO THE CLERK IN CHARGE OF BANKRUPTCY OPERATIONS:

Kindly enter the appearance of Jennifer Hiller Nimeroff, Esquire, of Weir & Partners LLP as counsel of record for PNC Bank, N.A. in the above-captioned adversary proceeding and enter same on the official mailing matrix.

Pursuant to Bankruptcy Rule 2002, please provide all notices given, or required to be given in this adversary proceeding, by the Court and/or any party, to Weir & Partners LLP at the following address:

Jennifer Hiller Nimeroff, Esquire
Weir & Partners LLP
457 Haddonfield Avenue
Suite 420
Cherry Hill, New Jersey 08002

Tel: (856) 740-1490
Fax: (856) 740-1491

jhiller@weirpartners.com

This request for notice includes all notices, orders, applications, motions, complaints or other pleadings, whether formal or informal, written or oral, made by mail, courier service, delivery service, telephone, telegraph or telecopier.

WEIR & PARTNERS LLP

By: /s/ *Jennifer Hiller Nimeroff*
Jennifer Hiller Nimeroff, Esquire
457 Haddonfield Avenue
Suite 420
Cherry Hill, New Jersey 08002
*Attorneys for Defendant,*
  *PNC Bank, N.A.*

Date: November 7, 2013