| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>WEIR & PARTNERS LLP<br>A Pennsylvania Limited Liability Partnership<br>457 Haddonfield Avenue, Suite 420<br>Cherry Hill, New Jersey 08002<br>Tel: (856) 740-1490<br>Fax: (856) 740-1491<br>Jennifer Hiller Nimeroff, Esquire (JN-2925)<br>*Counsel for Defendant, PNC Bank, N.A.* | |
| In Re:<br><br>CRYSTAL RAMIREZ,<br><br>          Debtor. | Chapter 7<br><br>Case No.: 12-34475<br><br>Judge: Hon. Kathryn C. Ferguson |
| CRYSTAL RAMIREZ,<br><br>          Plaintiff,<br>v.<br>PNC BANK, N.A.,<br><br>          Defendant. | Adversary Pro. No.: 13-01992-KCF |

**STIPULATION EXTENDING TIME FOR DEFENDANT,
PNC BANK, N.A., TO RESPOND TO COMPLAINT**

Plaintiff, Crystal Ramirez ("Plaintiff"), by and through her attorneys, Law Offices of Michelle Labayen, P.C., and Defendant, PNC Bank, N.A. ("Defendant" or "PNC"), by and through its attorneys, Weir & Partners LLP, agree that Defendant shall have until November 22, 2013 to file and serve a response to Plaintiff's complaint.

The parties hereto acknowledge that no prior extension has been granted to Defendant.

[Signatures Appear On Following Page]

| LAW OFFICES OF MICHELLE LABAYEN PC | WEIR & PARTNERS LLP |
|---|---|
| By: /s/ *Michelle Labayen*<br>　　Michelle Labayen, Esquire<br>　　One Gateway Center<br>　　26th Floor<br>　　Newark, New Jersey 07102<br>　　*Attorneys for Plaintiff,*<br>　　*Crystal Ramirez* | By: /s/ *Jennifer Hiller Nimeroff*<br>　　Jennifer Hiller Nimeroff, Esquire<br>　　457 Haddonfield Avenue<br>　　Suite 420<br>　　Cherry Hill, New Jersey 08002<br>　　*Attorneys for Defendant,*<br>　　*PNC Bank, N.A.* |

Date: November 7, 2013