Law Office of Michelle Labayen PC
Michelle Labayen 2960
One Gateway Center 26th Floor
Newark, NJ 07102

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | ) Case No.12-34475 (KCF) |
| | ) |
| Crystal Ramirez, | ) CHAPTER 7 |
| | ) |
| Debtor | ) |
| | ) Adversary No. 13-01992(KCF) |
| _____ | ) |
| | ) Trial Date: |
| Crystal Ramirez, | ) |
| | ) |
| Plaintiff | ) |
| | ) STIPULATION OF DISMISSAL WITH |
| vs. | ) PREJUDICE |
| | ) |
| PNC Bank N.A, | ) |
| | ) |
| Defendant | ) |

IT IS HEREBY STIPULATED by and between Michelle Labayen, Esq., attorney for the Plaintiff, Crystal Ramirez and Jennifer Hiller Nimeroff, Esquire, attorney for the Defendant, PNC Bank, N.A., that the within adversary proceeding against PNC Bank, N.A. is dismissed with prejudice and without costs.

```
                    LAW OFFICE OF MICHELLE LABAYEN PC

Dated: 1/6/14   By: /s/ Michelle Labayen
                    Michelle Labayen, Esq.,
                    Attorneys for Crystal Ramirez




                    WEIR& PARTNERS LLP

Dated:1/6/14    By: /s/ Jennifer Hiller Nimeroff
                     Jennifer Hiller Nimeroff Esq.
                     Attorneys for PNC Bank,N.A
```