

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | _____ |
| | Adv. No.: | _____ |
| | Judge: | _____ |

v.

## ORDER CLOSING ADVERSARY PROCEEDING

The relief set forth on the following page is hereby **ORDERED**.

DATED: _____

_____
Judge, U. S. Bankruptcy Court

This Court having noted the record discloses that this matter is concluded, it is

ORDERED that the within adversary proceeding is hereby closed for the following reason:

00.    ❏    Transfer to another district

01.    ❏    Dismissed for want of prosecution

02.    ❏    Dismissed or settled without entry of judgment

03.    ❏    Abstention

04.    ❏    Judgment entered by default

05.    ❏    Judgment entered on consent

06.    ❏    Transferred to District Court for jury trial

07.    ❏    Transferred to District Court (Other than for jury trial)

08.    ❏    Judgment entered on directed verdict after jury trial

09.    ❏    Judgment entered after bench trial by bankruptcy judge

0A.    ❏    Withdrawal of Reference by District Court

0D.    ❏    Transferred to another divisional office in the same district

0X.    ❏    Other Complaint Withdrawn.  Duplicate Filing.

10.    ❏    Remanded to State Court

11.    ❏    Judgment entered on Motion for Summary Judgment

12.    ❏    Judgment Entered after jury trial before bankruptcy judge

13.    ❏    Judgment entered (other)

*Rev. 8/1/07*